AO 91 (Rev. 11/11) Criminal Complaint SAUSA Jill Bhalakia (312) 353-5159

FILED
11/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HECTOR GOMEZ,<br>also known as "Hector Gomez-Atilano,"<br>"Victor Gomez,"<br>"Victor Gomez-Atilano," and<br>"Victor Manuel Gomez-Atilano" | CASE NUMBER: 1:25-cr-00735<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about November 8, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(5) | knowing that he was an alien, illegally or unlawfully in the United States, knowingly possessed a firearm, namely, a loaded HK, Model VP9, 9mm caliber pistol, bearing serial number 224-325775, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Amjad Hasan*
AMJAD HASAN
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 13, 2025

*Judge's signature*

City and state: Chicago, Illinois BETH W. JANTZ, U.S. Magistrate Judge
 *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, AMJAD HASAN, being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and have been employed since September 2021. From June of 2016 until my employment as a Special Agent with ATF, I served as a Police Officer with the Chicago Police Department.

2. I am currently assigned to the Crime Gun Intelligence Center of Chicago (CGIC). The CGIC is a multi-agency, joint-force collaboration to identify, investigate and prosecute prolific firearms offenders and their sources of crime guns. As part of my duties as a Special Agent at the CGIC, I investigate violent crimes, criminal violations relating to firearms, and firearms trafficking. My current responsibilities also include the investigation of violent gun crimes and the apprehension of violent fugitives.

3. I have participated in numerous investigations that involve the illegal purchase, trafficking, possession, and use of firearms and ammunition during, and in relation to, crimes of violence. I have received training in the area of firearms investigations, and I have participated in multiple investigations involving violations of federal firearms laws. I have recovered and examined different types of firearms and ammunition and am familiar with the appearance and characteristics of the

make and model of multiple types of firearms. I have participated in the execution of multiple federal search warrants

4. This affidavit is submitted for the purpose of establishing probable cause to support a criminal complaint charging HECTOR GOMEZ with unlawful possession of a firearm by an alien illegally or unlawfully in the United States, in violation of Title 18, United States Code Section 922 (g)(5). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of the criminal complaint charging GOMEZ with being an illegal or unlawful alien with unlawful possession of a firearm, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause to believe that GOMEZ committed the offenses alleged in the complaint.

5. The information in this affidavit is based on my personal knowledge and involvement in this investigation; information provided to me by other law enforcement agents involved in this investigation; my review of body-worn camera footage, my review of law enforcement records, my training and experience, and the training and experience of other law enforcement agents with whom I have consulted.

I.     **PROBABLE CAUSE**

6. In summary, and as set forth in more detail below, on or about November 8, 2025, GOMEZ, an alien illegally or unlawfully in the United States, brandished a firearm at Victim A. Law enforcement recovered a firearm, namely, a HK, Model VP9, 9mm caliber pistol, bearing serial number 224-325775, which was

manufactured outside of Illinois, resting on GOMEZ's lap as he sat inside the driver's seat of a black Jeep Wrangler.

### A. November 8, 2025, Brandishing a Firearm Towards Victim A

7. According to Chicago Police Department ("CPD") reports, on or about November 8, 2025, CPD officers received a report of a person with a gun near 3132 W. 26th Street in Chicago. According to CPD reports, while en route, officers received additional information from the City of Chicago Office of Emergency Management and Communications (OEMC) reporting that the individual who pointed the firearm was a Hispanic male sitting inside of a black Jeep bearing Illinois license plate number EZ74541.

8. According to CPD reports, officers arrived on scene and were directed by witnesses to a black Jeep Wrangler, bearing Illinois license plate number EZ74541, parked with a single male occupant in the driver's seat.

9. According to CPD reports and CPD body-worn camera footage, officers approached the black Jeep Wrangler, observed an individual later identified as GOMEZ (reflected below) in the driver's seat, and ordered him to exit the vehicle. Officers opened the driver's side door of the black Jeep Wrangler and immediately observed a firearm located on GOMEZ's lap and recovered it.

3



10. According to law enforcement, law enforcement officers detained GOMEZ and identified the firearm to be a loaded HK VP9 9mm Semi-automatic pistol bearing serial number 224-325775. According to law enforcement, the firearm was loaded with a magazine containing ammunition with one round of ammunition in the chamber.

11. According to CPD Reports, at the scene law enforcement interviewed Victim A, who reported that the individual, later identified as GOMEZ, had walked toward her with a firearm in his right hand while laughing.

12. Illinois criminal history records reflect that on or about November 8, 2025, GOMEZ was arrested for Agg Assault/ Use Deadly Weapon in violation of 720 ILCS 5.0/12-2-C-1 and Felon Possess Weapon in violation of 720 ILCS 5.0/24-1.1-A by the Chicago Police Department.

13. According to law enforcement, GOMEZ was subsequently processed and fingerprinted. The fingerprints were electronically uploaded into the Federal Bureau of

4

Investigations, Integrated Automated Fingerprint Identification System ("IAFIS"). At the time of processing for his arrest, GOMEZ provided the name Victor Gomez and the date of birth XX/XX/1980. A member of law enforcement searched this last name and date of birth in law enforcement databases and found a booking photograph (reflected below) with the same date of birth, but with the true name of HECTOR GOMEZ.



### B. GOMEZ's Immigration History

14. According to records from the Department of Homeland Security, GOMEZ is a native and citizen of Mexico and has no claim to United States citizenship or lawful permanent residence. DHS records reflect that on or about May 1, 2008, GOMEZ, then utilizing the name Hector Gomez-Atilano, entered the United States and was not admitted or paroled after inspection by an immigration officer.

15. According to DHS records, GOMEZ has been removed from the United States on numerous occasions under different names. For each of these removals,

5

DHS records show an I-205, Warrant of Removal/Deportation, with GOMEZ's photo, signature, and fingerprints[1]. Specifically, DHS records show he was removed:

    a.    on or about September 15, 2008, under the name Hector Gomez-Atilano;

    b.    on or about February 5, 2010, under the name Victor Gomez-Atilano;

    c.    on or about August 30, 2015, under the name Victor Manuel Gomez-Atilano;

    d.    on or about October 11, 2015, under the name Victor Manuel Gomez-Atilano.

16.   DHS records reflect that GOMEZ had not applied for or received permission to reenter the United States.

### C. GOMEZ's Post Arrest Interview, Fingerprints, and Firearm Interstate Nexus

17.   On or about November 8, 2025, law enforcement conducted a post-arrest interview with GOMEZ. GOMEZ was advised of his *Miranda* rights in both English and Spanish and signed a written waiver form in English acknowledging he understood these rights.

18.   During this interview, GOMEZ stated that he is a Mexican citizen and is illegally in the United States. He stated he has crossed the border illegally approximately 30 times since he was 17 years old.

19.   GOMEZ also acknowledged that he was previously convicted of a possession of a firearm offense after pleading guilty and that he served approximately six months imprisonment. GOMEZ acknowledged he knew he was not supposed to

---

[1] DHS records indicate GOMEZ also was removed from the United States to Mexico on or about September 13, 2015, under the name Victor Manuel Gomez-Atilano but that he refused to sign the Form I-205 or provide a fingerprint.

possess a firearm and that every March, he signs documentation acknowledging this restriction.

20. Illinois criminal history records reflect that on or about February 6, 2023, GOMEZ was arrested for charges including Agg UUW/Vehicle/ Loaded/ No FCCA in violation of 720 ILCS 5.0/24-1.6-A-1 by Chicago Police Department and was subsequently processed and fingerprinted. On or about January 13, 2025, GOMEZ was convicted in the Circuit Court of Cook County of Agg UUW/Loaded/ No FCCA/ FOID, and was sentenced to one year of imprisonment.

21. On or about November 12, 2025, a fingerprint comparison analysis was conducted by Federal Bureau of Investigation, Criminal Justice Information Services Division, and verified that GOMEZ is the same person who was removed by DHS on or about September 19, 2008, February 5, 2010, August 30, 2015, and October 11, 2015, convicted of Agg UUW/Vehicle/ Loaded/ No FCCA on or about January 13, 2025, and arrested by the Chicago Police Department on or about November 8, 2025.

22. According to a certified interstate nexus expert for firearms and ammunition, the firearm recovered in this case, a HK VP9 9mm Semi-automatic pistol, bearing serial number 224-325775, was manufactured outside of the state of Illinois.

## II. CONCLUSION

23. Based on the foregoing, I respectfully submit that there is probable cause to believe that GOMEZ, knowing that he is an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a HK VP9 9mm Semi-automatic pistol, bearing serial number 224-325775, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm.

FURTHER AFFIANT SAYETH NOT.

*Amjad Hasan*
AMJAD HASAN
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives

SWORN TO AND AFFIRMED by telephone November 13, 2025.

*Beth W Jantz*
Honorable BETH W. JANTZ
United States Magistrate Judge